842

No. 5310. HARPER v. KROPP, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 5313. FITTS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 5314. KELLEY v. JOHNSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 5315. DESIMONE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 5316. COLEMAN v. MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 5318. MORALES v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 5319. MCGEE v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 5320. SCOTT v. LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 5323. FONTANA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 5324. AUSTIN v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 5329. PRICE v. FOLLETTE, WARDEN. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 5330. AYERS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 5335. JOHNSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.